# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| DILLON WALES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 25-05064-CV-SW-DPR |
| MOHAMMED J. M. AL ITHAWI, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the Court is a Stipulation for Dismissal with Prejudice, signed and filed by Daniel Mannion, attorney for Defendant IRQ LLC, and signed by Thaddeus Green, attorney for Plaintiff. (Doc. 19.) Per Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared. However, Local Rule 83.5(a) provides that, "only members of the Bar of this District, attorneys admitted pro hac vice, and individuals representing themselves may appear or practice before this District." Here, Mr. Green is neither a member of the Bar of this District nor is he admitted pro hac vice in this action. Accordingly, Mr. Green may not appear or practice before this Court, and, as a result, he is not authorized to dismiss this action on behalf of Plaintiff.

It is therefore **ORDERED** that the Stipulation for Dismissal with Prejudice is **STRICKEN** as unauthorized. The Clerk's Office shall send a copy of this Order to Plaintiff via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: December 22, 2025